# ATTACHMENT A

Evidence, instrumentalities and fruits of violations of Title 21, United States Code, Section 846, to be seized from the premises known and described as 133 Hunter Avenue, Staten Island, New York, 10306, and any locked or closed containers therein:

1.  any and all documents evidencing agreements with medical professional service providers, including other medical physicians, pharmacies, drug companies, and insurance companies;

2.  Calendars, appointment books, daily logs, co-payment signature sheets, patient sign-in sheets, and telephone logs, which might demonstrate when patients visited or contacted the doctor for prescription medications;

3.  Explanations of Medical Benefit ("EOMB") forms showing which patients' claims are being reimbursed;

4.  Any and all documents evidencing correspondence or communications with insurance providers and patients, including, but not limited to, provider applications, refund requests, and documents evidencing billing practices;

5.  Documents evidencing records of patient visits, dates of service, procedures performed, and billed amounts;

6.  Insurance provider newsletters containing educational materials concerning proper billing practices and appropriate procedures for distributing controlled substances;

7.  Any written billing instructions, including but not limited to, what CPT code to bill or what diagnosis to use;

8.  Copies of any forms used to indicate what services should be billed for a patient's visit;

9.  All employee contracts and contractor agreements, Employee Withholding Exemption Certificates (Form W-4) and Wage and Tax Statements (Form W-2 and 1099) disclosing fees or commissions paid, and all applications for employment, personnel files, and professional licenses or certifications;

10. Items indicating where the proceeds of the scheme are held or how the proceeds have been used, including, but not limited to, bank account information, and financial records, whether maintained in hard copy or computerized, to include; general ledger, general journals, gross receipts and income records, cash receipts and disbursement records and/or journals, sales and purchase records, accounts receivables and

payable ledgers, voucher register and all sales and expense invoices including all invoices documenting expenses paid by cash, bank check, and retained copies of any bank checks;

11. All financial statements, bookkeeper's and/or accountants' workpapers used in preparation of corporate records or tax returns. Retained copies of all federal and state income, payroll and excise tax returns, both personal and corporate;

12. Prescriptions, patient drug profiles, prescription log books, records of prescription fills and refills, and Medicaid billing records;

13. Telephones, pagers, cellular telephones, telephone answering machines, records and statements relating to those instruments, and the electronic communications stored thereon, identifying the victims and other participants of the scheme, and their respective locations;

14. Address and/or telephone books, rolodex indices and any papers reflecting names, addresses, telephone numbers, pager numbers, fax numbers and/or telex numbers of co-conspirators, sources of supply, customers, financial institutions, and other individuals or businesses with whom a financial relationship exists;

15. Any and all controlled substances including, but not limited to, diverted pharmaceuticals including Oxycodone, OxyContin, and traces thereof; equipment used to package controlled substances, as well as books, records, receipts, notes, ledgers and other papers relating to the transportation, ordering, purchasing and distribution of controlled substances;

16. United States or foreign currency, negotiable instruments, stocks, bonds, jewelry, and precious metals and other valuables used to purchase controlled substances or equipment used to manufacture controlled substances, or which represent the proceeds of criminal activity;

17. Patient records and files, including but not limited to, the individuals listed in the chart below. The chart consists of names retrieved from a Bureau of Narcotics report that reflect a subset of the defendant's patients who received Schedule II narcotics on a consistent basis since April 1, 2010. From my training and experience, the records and files of such patients would not and do not contain medical information commonly found in patient files that were being dispensed Schedule II narcotics for a legitimate medical purpose.

-23-

| FIRST NAME | LAST NAME |
|------------|-----------|
| S | F |
| S | L |
| D | S |
| R | M |
| K | M |
| C | I |
| O | M |
| A | P |
| T | G |
| P | M |
| R | D |
| Y | K |
| T | R |
| T | M |
| J | F |
| R | M |
| B | F |
| B | H |
| A | I |
| V | I |
| J | S |
| D | B |
| J | S |
| J | U |
| M | L |
| A | P |
| J | S |
| C | S |
| B | T |
| M | P |
| A | I |
| R | G |
| T | B |
| D | C |
| D | L |
| J | P |
| J | L |
| J | P |
| G | D |
| L | B |
| D | P |
| A | B |
| M | B |
| G | K |
| J | E |

| | |
|---|---|
| M | D |
| M | M |
| N | P |
| J | C |
| A | C |
| O | G |
| D | P |
| S | M |
| N | H |
| T | B |
| W | S |
| J | B |
| A | E |
| N | J |
| M | B |
| R | C |
| G | C |
| S | S |
| F | C |
| S | M |
| C | V |
| P | S |
| G | M |
| B | P |
| M | B |
| M | C |
| K | S |
| J | B |
| V | L |
| R | C |
| J | C |
| J | C |
| J | S |
| E | E |
| R | B |
| V | F |
| R | A |